# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18-2888 (RBW) |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated February 14, 2019, Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), and Defendant, the United States Department of Justice ("DOJ"), submit this Joint Status Report in this case.

Defendant has now filed its answer to the Complaint and, by letter dated March 13, 2019, advised Plaintiff that it was unable to locate records responsive to the Freedom of Information Act ("FOIA") request at issue.

Plaintiff submits that in light of publicly available information, including confirmation from former FBI Director James Comey that he had opened a leak investigation into the disclosure to Rudy Giuliani of the FBI's plan to reopen its investigation into Hillary Clinton's emails, *see* Complaint ¶¶ 10-12, the FBI clearly has not conducted an adequate search. Defendant disagrees.

In light of its other litigation deadlines, the FBI will need thirty days to prepare a declaration detailing the search performed in this case. Accordingly, the parties therefore propose the following schedule for briefing on the adequacy of the agency's search: Defendant will file its summary judgment motion on or before May 8, 2019; Plaintiff will file its opposition on or before

June 7, 2019; and Defendant will file its reply on or before June 24, 2019.

                Respectfully submitted,

                JESSIE K. LIU,
                D.C. BAR # 472845
                United States Attorney
                  for the District of Columbia

                DANIEL F. VAN HORN
                D.C. BAR # 924092
                Chief, Civil Division

                */s/ Marina Utgoff Braswell*
                MARINA UTGOFF BRASWELL
                D.C. Bar # 416587
                Assistant United States Attorney
                United States Attorney's Office
                555 4th Street, N.W. – Civil Div.
                Washington, D.C. 20530
                (202) 252-2561
                Marina.Braswell@usdoj.gov


                *Counsel for Defendant*


                */s/ Anne L. Weismann*
                Anne L. Weismann
                (D.C. Bar. No. 298190)
                Citizens for Responsibility and Ethics in Washington
                1101 K Street, NW, Suite 201
                Washington, D.C. 20005
                Telephone: (202) 408-5565
                Fax: (202) 588-5020
                aweismann@citizensforethics.org

                *Counsel for Plaintiff*