# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) | Civil Action No. 18-2888 (RBW) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant U.S. Department of Justice hereby stipulate to a dismissal of this action with prejudice, with each side to bear its own costs and fees.

Dated: May 15, 2019

Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*

        */s/ Anne L. Weismann*
        Anne L. Weismann
        (D.C. Bar. No. 298190)
        Citizens for Responsibility and Ethics in Washington
        1101 K Street, NW, Suite 201
        Washington, D.C. 20005
        Telephone: (202) 408-5565
        Fax: (202) 588-5020
        aweismann@citizensforethics.org

        *Counsel for Plaintiff*